UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

ALVA STANLEY                                              CASE #:        3:10-CV-383-HEH
    Plaintiff,
v.                                                        JURY TRIAL DEMANDED

VALENTINE & KEBARTAS, INC.
    Defendant.

NOTICE OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, by counsel, and files this notice of dismissal with prejudice as to all parties, pursuant to Fed.R.Civ. P. 41a[a][1][[i].  The matter is settled, and each party will bear their own fees, costs and expenses.


ALVA STANLEY

/s/ Jason M. Krumbein, Esq.
by: Jason M. Krumbein, Esq. VSBN 43538 jkrumbein@krumbeinlaw.com
Krumbein Consumer Legal Services, Inc.
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
804.673.4358 phone
804.673.4350 fax

Jason M. Krumbein, Esq. VSBN 43538  jkrumbein@krumbeinlaw.com
Krumbein Consumer Legal Services, Inc.
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
804.673.4358 phone         804.673.4350 fax                              Page 1 of 2

CERTIFICATE OF SERVICE

I hereby certify that on this 08th day of September, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**NONE**

And the following non-filing users by US MAIL and e-mail.

Robert Handley
Office Manager
Valentine & Kebartas, Inc.
15 Union Street
Lawrence, Massachusetts 01840
RHandley@v-k-i.com

                                                 /s/
                                      Jason M. Krumbein, Esq. VSB# 43538
                                      KrumbeinLaw@gmail.com
                                      Krumbein Consumer Legal Services, Inc.
                                      1650 Willow Lawn Drive, Suite 300
                                      Richmond, VA 23230
                                      (804) 673-4358 - Telephone

                                      (804) 673-4350 – Facsimile

Jason M. Krumbein, Esq. VSBN 43538   jkrumbein@krumbeinlaw.com
Caroline F. Klosko, Esquire VSBN 78699   cklosko@krumbeinlaw.com
Krumbein Consumer Legal Services, Inc.
Counsel for «BILLTO_Name»
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
804.673.4358 phone     804.673.4350 fax                                        Page 2 of 2