IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ALVA STANLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:10CV383–HEH |
| VALENTINE & KEBARTAS, INC., | ) ) ) |
| Defendant. | ) |

## FINAL ORDER

THIS MATTER is before the Court on a Notice of Dismissal With Prejudice filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                              /s/
                                     Henry E. Hudson
                                   United States District Judge

Date: Sep 10 2010
Richmond, VA